IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN F. CASEY, III,

      Appellant,

v.

Case No. 5D23-147
LT Case Nos. 16-2006-CF-004952-AXXX-MA
               16-2007-CF-007350-AXXX-MA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

John F. Casey, III, Okeechobee, pro
se.

Ashley Moody, Attorney General, and
Darcy Townsend, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, JAY and HARRIS, JJ., concur.